AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br>*Plaintiff(s)*<br>v.<br>AFFLICTION HOLDINGS, LLC, a California limited liability company, XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,<br>*Defendant(s)* | Civil Action No. 2:16-cv-03582 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Affliction Holdings, LLC
    1799 Apollo Court
    Seal Beach, California 90058

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    John C. Ulin
    Eric D. Mason
    ARNOLD & PORTER LLP
    777 South Figueroa Street, 44th Floor
    Los Angeles, California 90017-5844

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                 _____
                                                                                 *Signature of Clerk or Deputy Clerk*